IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG COPELAND, FRANCIS WHITE, and WESLEY THOMPSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| SAWA TRANSPORTATION, INC. | ) ) |
| Defendant. | ) |

Civil Action No. _____

## COMPLAINT

COME NOW Plaintiffs Craig Copeland, Francis White and Wesley Thompson, (collectively "Plaintiffs"), by and through Counsel, and plead as follows against Defendant SAWA Transportation, Inc. ("Defendant"):

## NATURE OF THE ACTION

1. This is an action for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("the FLSA"). Plaintiffs seek unpaid wages, liquidated damages, reasonable attorneys' fees and costs of litigation under the FLSA.

1

## JURISDICTION AND VENUE

2. The Court exercises jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1331 because the claims raise questions of federal law.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Atlanta Division of the Northern District of Georgia.

## PARTIES

4. Defendant SAWA Transportation, Inc. ("SAWA") is a domestic profit corporation with its principle office located at P.O. BOX 2085 Lilburn, Georgia 30048, according to the Georgia Secretary of State.

5. SAWA may be served with process through its registered agent, Teweldemedhin Gebremeskel, at 215 Hulan Way, Gwinnett, Lawrenceville, Georgia 30044.

6. Plaintiffs worked for SAWA as truck drivers within the three years prior to filing this action.

## FACTUAL ALLEGATIONS IN SUPPORT OF PLAINTIFFS' CLAIMS

7. Defendant employed Plaintiffs who engaged in commerce or the production of goods for commerce.

8. Defendant qualifies as an "employer" within the meaning of the FLSA, 29 U.S.C. § 203(d).

9. Plaintiffs were "employees" of Defendant within the meaning of the FLSA, 29 U.S.C. 203(e).

10. Defendant SAWA is an enterprise whose gross annual sales or business done exceeds $500,000.

11. During the past three years preceding the filing of this Complaint, Defendant SAWA has had one or more employees who handle goods that have traveled in interstate commerce within the meaning of the FLSA.

12. Defendant employed Plaintiffs.

13. Plaintiffs worked as truck drivers for SAWA.

14. As truck drivers, Plaintiffs worked in excess of 40 hours per week during certain workweeks.

15. However, Defendant failed to compensate Plaintiffs at not less than 1 and one half times their regular rate of pay for all hours worked over 40 in certain workweeks.

**COUNT I: WILLFUL FAILURE TO COMPENSATE PLAINTIFFS AT THE REQUIRED OVERTIME PREMIUM RATE**

16. Plaintiffs worked hours in excess of 40 during certain workweeks.

17. However, Defendant failed to compensate Plaintiffs for all hours worked over 40 in certain workweeks at the required overtime premium rate.

18. Defendant knew or should have known that Plaintiffs worked hours in excess of 40 during certain workweeks.

19. Defendant's violation of the FLSA's overtime prevision, 29 U.S.C. § 207, was willful.

20. Pursuant to 29 U.S.C. § 216(b), Defendant is liable to Plaintiffs for all unpaid overtime wages, liquidated damages, attorney fees and costs.

## DEMAND FOR JUDGMENT

Plaintiffs respectfully request that the Court:

(a) Declare that Defendant's actions, policies, and practices complained of herein violate the rights of Plaintiffs' as secured by federal law;

(b) Enter judgement against Defendant that its violation of the FLSA was willful;

(c) Award all unpaid wages;

(d) Award liquidated damages in an amount equal to Plaintiffs' unpaid wages;

(e) Award reasonable attorney fees, costs and expenses; and

(f) All other relief to which Plaintiffs may be entitled.

## DEMAND FOR TRIAL BY JURY

Pursuant to Fed. R. Civ. P. 38, Plaintiffs demand a trial by jury.

Respectfully submitted: Friday, February 10, 2017

|  |  |
|---|---|
|  | *s/Dustin L. Crawford* |
| MAYS & KERR LLC | Dustin L. Crawford |
| 235 Peachtree Street NE | Georgia Bar No. 758916 |
| North Tower | Suite 202 |  |
| Atlanta, Georgia 30303 | Counsel for Plaintiffs |
| Telephone: (404) 855-3002 |  |
| Facsimile: (404) 855-4066 |  |
| dustin@maysandkerr.com |  |