IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CRAIG COPELAND, <br> FRANCIS WHITE and <br> WESLEY THOMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SAWA TRANSPORTATION, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. <br><br> 1:17-cv-00517-LMM |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. The Court **GRANTS** the Joint Motion for review and approval of the parties' settlement agreement. This Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The Court retains jurisdiction of this case until all payments due pursuant to the settlement agreement have been made. Upon receipt of the settlement proceeds, the parties shall file a stipulation of dismissal with the Court within five days of full performance of the settlement agreement, at which time the Court will dismiss

this case with prejudice.

SO ORDERED, this 22nd day of February, 2017.

_____
The Honorable Leigh Martin May