IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG COPELAND, <br> FRANCIS WHITE, and <br> WESLEY THOMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SAWA TRANSPORTATION, INC. <br><br> Defendant. | Civil Action No. <br><br> 1:17-cv-00517-LMM |

## STIPULATION OF DISMISSAL

COME NOW, Plaintiffs and Defendant herein, and show that the terms of the settlement agreement have been fully performed. Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Defendant hereby dismiss the above-styled civil action **WITH PREJUDICE**. Each Party to pay its own fees, expenses and costs.

Respectfully submitted this 24th day of March, 2017.

| | |
|---|---|
| */s/ Dustin L. Crawford* | s/Halima H. White |
| Dustin L. Crawford | Halima H. White |
| Georgia Bar No. 758916 | Georgia Bar No. 367888 |
| MAYS & KERR LLC | hwhite@theemploymentlawsolution.com |
| 235 Peachtree Street NE | (404)219-8174(0) |
| North Tower \| Suite 202 | (678) 424-1380 |
| Atlanta, Georgia 30303 | The Employment Law Solution |
| Telephone:  (404) 855-3002 | McFadden David, LLC |
| Facsimile:   (404) 855-4066 | 1100 Peachtree Street, NE, Suite 200 |
| dustin@maysandkerr.com | Atlanta, Georgia 30309 |
| Counsel for Plaintiffs | Counsel for Defendant |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRAIG COPELAND, ) <br> FRANCIS WHITE, and ) <br> WESLEY THOMPSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SAWA TRANSPORTATION, INC. ) <br> ) <br> Defendant. ) | Civil Action No. <br><br> 1:17-cv-00517-LMM |

## CERTIFICATE OF SERVICE

I certify that I have on this date served a copy of the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

This 24th day of March, 2017.

                                                  **Mays & Kerr LLC**

                                                  */s/ Dustin L. Crawford*
                                                  Dustin L. Crawford
                                                  Ga Bar No. 758916